Richard S. Ralston, Bar # 6290524
WEINSTEIN & RILEY, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121
Ph. 206-269-3490
Fax 206-269-3493
richardr@w-legal.com
Attorneys for Plaintiff

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | Chapter 7 |
| Rosemary M. Vigadi, | Case No. 09-24133 |
| Debtor, | |
| Chase Bank USA, N.A., | Adversary No. |
| Plaintiff, | |
| v. | COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT: U.S.C. § 523(a)(2)(A) and (C) |
| Rosemary M. Vigadi, | |
| Defendant. | |

**NOTICE: this is a Complaint alleging that the Defendant has committed fraud against the Plaintiff in connection with the use of a credit account. The Defendant is strongly urged to review it with an attorney. The Defendant may qualify for free or low cost legal assistance. Please contact the State Bar Association for information.**

Plaintiff alleges:

### I. PARTIES AND JURISDICTION

1.      This adversary proceeding is brought under U.S.C. §523(a)(2)(A) and (C).

1      2.      Plaintiff, a foreign corporation licensed to do business in the State of Illinois with

2      all licenses paid, and otherwise is entitled to bring this action, is a creditor in this case.

3      3.      Defendant filed a Chapter 7 bankruptcy petition on 07/01/2009.

4      4.      The Court has jurisdiction under 28 U.S.C. §§157 and 1334, and 11 U.S.C. §523.

5      5.      This is a core proceeding.

6                      II. <u>CAUSE OF ACTION</u>

7      6.      Defendant entered into a written contract with Plaintiff for an open end consumer

8      credit card plan under Account No. XXXXXXXXXXXXXXXXXX0505 ("Account").

9      7.      As of the petition date, Defendant owed $3,808.12 on the Account.

10      8.      Between 03/20/2009 and 06/15/2009, the Defendant incurred $3,811.00 in retail

11      charges on the Account (Charges).  Of the Account balance, $2,886.00 of Charges were

12      incurred within 70/90 days of the bankruptcy filing for luxury goods and/or services

13      and/or cash advances for consumer credit. These charges are presumed to be

14      nondischargeable. [*See* Transaction History, attached as Exhibit A.]

15      9.      The totality of the circumstances when the Charges were incurred shows that

16      Defendant did not intend to repay the Charges:

17            9.1  the Charges were incurred near the date of the bankruptcy filing;

18            9.2  the Defendant was in poor financial condition;

19            9.3  the response to Statement of Financial Affairs, Questions 1 and 2, indicates

20               an average yearly income of about $122,150.00 per year in the two years

21               prior to the bankruptcy filing;

22            9.4  the amount charged is high;

23            9.5  there are several charges in a short period of time;

24

**2- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT**

41459394

9.6   multiple Charges were incurred on the same day;

9.7   charges may have been made for luxury goods and/or services;

9.8   based on the monthly income, monthly living expenses, and circumstances disclosed in the Schedules and Statement of Financial Affairs, no disposable income was available to pay the minimum monthly requirement on unsecured debt;

9.9   the minimum monthly payment on the $26,400.00 of scheduled unsecured credit card debt (based on a required minimum monthly payment on each account of 3%) exceeded $792.00 per month before the petition was filed;

9.10   the Statement of Financial Affairs indicates that no losses from fire, theft, or gambling were incurred for the one year before the petition was filed.

9.11   Defendant is relatively sophisticated in business matters;

9.12   other unsecured credit was also utilized;

9.13   there were not sufficient liquid assets that could have been used to service unsecured debt;

10.   Charges were incurred when Defendant could not pay existing financial obligations as they became due.

11.   By incurring the Charges on the Account, Defendant represented an intention to repay them.

12.   Defendant obtained money from the Plaintiff through fraud and false pretenses, false representations and/or actual fraud.

13.   Defendant had a specific intent to defraud Plaintiff by accepting the benefits of the charges without intending to repay them.

3- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

41459394

14. Defendant's actions constitute material misrepresentations of the facts.

15. Defendant intended for Plaintiff to rely on those misrepresentations.

16. Plaintiff justifiably relied on Defendant's misrepresentations which induced it to lend money to Defendant.

17. The Charges were incurred for consumer debt.

18. Defendant's conduct has damaged Plaintiff in the amount of $3,811.00.

19. Defendant should be denied a discharge of Plaintiff's claim in the amount of $3,811.00.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for:

1. A monetary judgment in the amount of $3,811.00, including accrued interest to the petition filing date, plus contract rate interest to date of judgment, to continue to accrue post-judgment;

2. An Order of nondischargeability under 11 U.S.C. § 523 (a)(2)(A), and (C);

3. An award of reasonable attorney fees and costs; and

4. Additional relief as may be just and equitable.

DATED: September 30, 20 09

WEINSTEIN & RILEY, P.S.

By _____
Richard S. Ralston, Bar # 6290524
2001 Western Avenue, Suite 400
Seattle, WA 98121
Ph. 206-269-3490
Fax 206-269-3493
richardr@w-legal.com
Attorneys for Plaintiff

4- COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT

41459394

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER |
|---|---|

| **PLAINTIFFS**<br>Chase Bank USA, N.A. | **DEFENDANTS**<br>ROSEMARY M. VIGADI |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Richard S. Ralston<br>Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121<br>206-269-3490 | **ATTORNEYS** (If Known)<br>PETER L BERK<br>ATTORNEY AT LAW<br>79 WEST MONROE, SUITE 900<br>CHICAGO, IL 60603<br>3127592838 |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor    ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor    ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Claim for Nondischargeability of Debt pursuant to § 523(a)(2)

## NATURE OF SUIT
(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11- Recovery of money/property - §542 turnover of property
☐ 12- Recovery of money/property - §547 preference
☐ 13- Recovery of money/property - §548 fraudulent transfer
☐ 14- Recovery of money/property – other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21- Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31- Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41- Objection / Revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51- Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a),(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2) false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61- Dischargeability - §523(a)(5), domestic support
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree
☐ 65- Dischargeability – other

**FRBP 7001(7) – Injunctive Relief**
☐ 71- Injunctive relief – reinstatement of stay
☐ 72- Injunctive relief – other

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgement**
☐ 91- Declaratory Judgement

**FRBP 7001(10) – Determination of Removed Action**
☐ 01- Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78AAA et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case

| ☐ Check if this case involves a substantive issue of state law. | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $3,811.00 |
| Other Relief Sought | |



41459394

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>ROSEMARY M. VIGADI | | BANKRUPTCY CASE NO.<br>09-24133 |
| DISTRICT IN WHICH CASE IS PENDING<br>NORTHERN | DIVISIONAL OFFICE<br>CHICAGO | NAME OF JUDGE<br>JOHN H. SQUIRES |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>September 24, 2009 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Richard S. Ralston |

## INSTRUCTIONS

The filing of the bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is field electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on our court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties.** Give the name of the parties to the adversary proceeding exactly as they appear on the complaint. Give the names and addresses of the attorneys if known.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Account Holder Informaton | | | | | |
|---|---|---|---|---|---|
| | **Account Holder 1** | | | **Account Holder 2** | |
| Name: | ROSEMARY VIGADI | | Name: | | |
| Address: | 638 GRENACHE CT | | Address: | | |
| City\State\Zip | BARTLETT, IL 60103-4704 | | City\State\Zip | | |
| SSN: | -5193 | | SSN: | | |

### Statement Facsimile

| | | | | | |
|---|---|---|---|---|---|
| Account Nur | | | ~-0505 | | |
| Statement Date: 7/4/2009 | | Current Balance: $3,808.12 | | Credit Limit: $11,000.00 | |

| Posting Date | Reference | Transaction Date | Description | CR | Amount |
|---|---|---|---|---|---|
| 07/03/2009 | | 07/03/2009 | PURCHASE *FINANCE CHARGE* | D | ▓▓▓ |
| 06/29/2009 | | 06/29/2009 | LATE FEE | D | ▓▓▓ |
| 06/16/2009 | 24323009166254090010 046 | 06/15/2009 | M-ROCK CAMERA BAGS CRP 30593 | D | $145.20 |
| 06/08/2009 | 24427339158710006454 483 | 06/06/2009 | DENNY'S #7431        ARLIN | D | $62.26 |
| 06/07/2009 | 74435659157401060595 232 | 06/05/2009 | GNC #7024           BARTL | C | ($73.25) |
| 06/07/2009 | 24435659157401060595 245 | 06/05/2009 | GNC #7024           BARTL | D | $232.97 |
| 06/07/2009 | 24761979157274039010 455 | 06/05/2009 | ITALIAN VILLAGE RESTAU CHICA | D | $52.54 |
| 06/07/2009 | 24418009157157054240 201 | 06/05/2009 | 55 E MONROE 0392     CHICA | D | $19.00 |
| 06/04/2009 | | 06/04/2009 | PURCHASE *FINANCE CHARGE* | D | ▓▓▓ |
| 05/31/2009 | 24610439149004017381 639 | 05/29/2009 | EVENT TICKET INSURANCE  866 -4 | D | $12.00 |
| 05/31/2009 | 74226389149370687679 851 | 05/28/2009 | SAMS INTERNET      888-7 | C | ▓▓▓ |
| 05/28/2009 | 24692169147000258872 365 | 05/27/2009 | TM *JERSEY BOYS      312-5 | D | $300.00 |
| 05/26/2009 | 24301379145118000171 108 | 05/24/2009 | WILDFIRE OAKBROOK    OAK | D | $92.12 |
| 05/25/2009 | 24071059144987171039 592 | 05/22/2009 | PATIO PONDS, INC.    WEST | D | $42.90 |
| 05/24/2009 | 24492799142409001086 648 | 05/22/2009 | JEWEL-OSCO 3246      CAROL | D | $105.49 |
| 05/24/2009 | 24164079142217016892 031 | 05/21/2009 | Dominicks Stor00016972  BARTL | D | $27.50 |
| 05/22/2009 | 24164079141091012260 183 | 05/21/2009 | TARGET       00008409  NAPER | D | $17.70 |
| 05/19/2009 | 24088029138138362610 609 | 05/17/2009 | BISTRO 59           GLEND | D | $62.13 |
| 05/04/2009 | | 05/04/2009 | PURCHASE *FINANCE CHARGE* | D | ▓▓▓ |
| 04/27/2009 | 24224439117020009447 366 | 04/26/2009 | POTBELLY 075        BLOOM | D | $9.48 |
| 04/27/2009 | 24224439117020009447 374 | 04/26/2009 | POTBELLY 075        BLOOM | D | $4.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/21/2009 | 24164079110691041203 000 | 04/19/2009 | KWIK TRIP 35200003525    CHIPP | | D | $21.01 |
| 04/21/2009 | 24013399110005953365 035 | 04/19/2009 | THE SAWMILL SALOON HAYWA | | D | $70.25 |
| 04/20/2009 | 24226389109370118841 693 | 04/14/2009 | SAMS INTERNET    888-7 | | D | $256.85 |
| 04/19/2009 | 24717059108161086587 053 | 04/17/2009 | THE WAYSIDE INN    HAYWA | | D | $96.22 |
| 04/19/2009 | 24266969107980011795 192 | 04/17/2009 | HOOKSTONE WINERY HAYWA | | D | $30.60 |
| 04/19/2009 | 24717059107161075844 169 | 04/17/2009 | HAYWARD MERCANTILE COMPANHAYWA | | D | $137.03 |
| 04/17/2009 | 24425139107510739011 487 | 04/16/2009 | TEXAS ROADHOUSE #2271 EAU C | | D | $32.35 |
| 04/16/2009 | 24692169105000611328 477 | 04/15/2009 | RPP*LEISURELIVING    800-3 | | D | $304.80 |
| **04/14/2009** | **11041035000000548061 344** | **04/13/2009** | **Payment - Thank You** | | **C** | **($50.00)** |
| 04/12/2009 | 24246519101508201165 704 | 04/10/2009 | TOYS R US #6020    BLOOM | | D | $110.85 |
| 04/10/2009 | 24323009099253233010 691 | 04/08/2009 | ROBERTO'S RISTORANTE & ELMHU | | D | $87.09 |
| 04/10/2009 | 24761979099274098010 314 | 04/08/2009 | EXTRA VALUE LIQUORS NAPER | | D | $56.82 |
| 04/10/2009 | 24153389099207000124 169 | 04/08/2009 | BROOKDALE MUSIC    NAPER | | D | $36.41 |
| 04/10/2009 | 24071059099987116814 310 | 04/08/2009 | DOLLAR WORKS    BARTL | | D | $10.90 |
| 04/10/2009 | 24223699099980023880 995 | 04/08/2009 | ONCE UPON A CHILD    STREA | | D | $7.70 |
| 04/10/2009 | 24164079099868039290 000 | 04/08/2009 | DOLRTREE 641 00006411 STREA | | D | $7.70 |
| 04/09/2009 | 24224439099010029571 339 | 04/08/2009 | SPEEDWAY 07146 2 S WARRE | | D | $27.24 |
| 04/09/2009 | 24692169098000693355 413 | 04/08/2009 | VCI*VITACOST.COM    800-7 | | D | $264.79 |
| 04/08/2009 | 24492799097409001126 969 | 04/07/2009 | JEWEL-OSCO #3348    BARTL | | D | $88.69 |
| 04/06/2009 | 24445009096710101316 555 | 04/05/2009 | KOHL'S #0065    BLOOM | | D | $106.53 |
| 04/06/2009 | 24493989096207699600 247 | 04/05/2009 | HALF PRICE BOOKS #090 BLOOM | | D | $40.86 |
| 04/06/2009 | 24164079095931351639 511 | 04/04/2009 | AMC SOUTH BARR06004717 South | | D | $15.75 |
| 04/06/2009 | 24164079095931351641 913 | 04/04/2009 | AMC SOUTH BARR06004717 South | | D | $30.00 |
| 04/06/2009 | 24761979095074651019 098 | 04/04/2009 | PORTILLO'S #15    Q93 STREA | | D | $11.37 |
| 04/06/2009 | 24610439095004055079 123 | 04/03/2009 | DRESS BARN #0459    BLOOM | | D | $113.63 |
| 04/05/2009 | 24164079093091009371 140 | 04/03/2009 | TARGET    00008409    NAPER | | D | $13.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/05/2009 | 24246519094508200275 628 | 04/03/2009 | TOYS R US #6020 | BLOOM | D | $56.23 |
| 04/05/2009 | 24224439094040004481 050 | 04/03/2009 | THE WELLINGTON RES | ARLIN | D | $92.59 |
| 04/05/2009 | 24445009094707910601 336 | 04/03/2009 | TJMAXX #0481 | BLOOM | D | $48.47 |
| 04/05/2009 | 24164079093091008634 332 | 04/03/2009 | TARGET    00008367 | GLEND | D | $16.98 |
| 04/05/2009 | 24610439093072004893 292 | 04/03/2009 | DUNKIN #344892    Q35 | NAPER | D | $11.78 |
| 04/03/2009 | 24224439093030022319 052 | 04/02/2009 | CHIPOTLE 0624 | AUROR | D | $6.99 |
| 04/03/2009 | 24129429092100004786 087 | 04/02/2009 | SAMS OF ARLINGTON, INC ARLIN | | D | $33.20 |
| 04/01/2009 | 24254779090275388385 859 | 03/30/2009 | Q CLEANERS | BARTL | D | $6.50 |
| 03/31/2009 | 24316059089548275023 932 | 03/29/2009 | SHELL OIL 27442396902 HOFFM | | D | $25.00 |
| 03/31/2009 | 24610439089004088354 350 | 03/29/2009 | PAPPADEAUX SEAFOOD KTCHN ARLIN | | D | $165.69 |
| 03/31/2009 | 24316059089548278022 691 | 03/29/2009 | SHELL OIL 27442396506 HOFFM | | D | $50.00 |
| 03/30/2009 | 24445009089701261816 046 | 03/29/2009 | WALGREENS #3433 | HOFFM | D | $9.05 |
| 03/30/2009 | 24717059088640882832 981 | 03/28/2009 | ARROWHEAD AMERICAN GRILL WHEAT | | D | $63.21 |
| 03/30/2009 | 24717059088640882832 700 | 03/28/2009 | ARROWHEAD AMERICAN GRILL WHEAT | | D | $32.00 |
| 03/30/2009 | 24399009088211516290 010 | 03/28/2009 | PIER 1    00015164 | STREA | D | $61.05 |
| 03/24/2009 | 24164079082091012392 888 | 03/23/2009 | TARGET    00008409 | NAPER | D | $11.15 |
| 03/23/2009 | 24316059081548281024 369 | 03/21/2009 | SHELL OIL 27442396308 | STREA | D | $23.83 |
| 03/22/2009 | 24445009080690808383 165 | 03/20/2009 | BLUE RIBBON | BARTL | D | $102.83 |

Credit Card State:....         -0505            File Date:                    07/01/2009